IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ANTHONY LEWIS JERDINE                                    PLAINTIFF

v.                                                       No. 3:21CV50-GHD-JMV

WARDEN RAFAEL VERGARA, ET AL.                            DEFENDANTS

### ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On March 4, 2021, the court entered an order requiring the plaintiff to complete and return several forms to assist with the expeditious administration of this case. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance passed on April 3, 2021. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED**, this, the 13th day of April, 2021.

_____
SENIOR UNITED STATES DISTRICT JUDGE